Amy M. Samberg (NV Bar No. 10212)
Dylan P. Todd (NV Bar No. 10456)
Sean E. Cortney (NV Bar No. 16218)
CLYDE & CO US LLP
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV  89128
Telephone: 725-248-2900
amy.samberg@clydeco.us
dylan.todd@clydeco.us
sean.cortney@clydeco.us

*Attorneys for Defendant,*
*Employers Mutual Casualty Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN ALVA, individually,<br><br>Plaintiff,<br><br>v.<br><br>EMPLOYERS MUTUAL CASUALTY COMPANY; DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO.: 2:25-cv-01420-RFB-MDC<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |

Defendant EMPLOYERS MUTUAL CASUALTY COMPANY and Plaintiff STEVEN ALVA, by and through their respective counsel of record, respectfully agree and stipulate that Plaintiff will dismiss his entire complaint and all claims contained therein with prejudice as to Defendant.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -

Accordingly, the parties hereby agree and stipulate to dismiss Defendant from this action in its entirety.

Dated: October 28, 2025

CLYDE & CO US LLP

*/s/ Dylan P. Todd*

Amy M. Samberg (NV Bar No. 10212)
Dylan P. Todd (NV Bar No. 10456)
Sean E. Cortney (NV Bar No. 16218)
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV  89128
Telephone: 725-248-2900
*Attorneys for Defendant*
*Employers Mutual Casualty Company*

Dated: October 28, 2025

ER INJURY ATTORNEYS

*/s/ Justin G. Randall*

Justin G. Randall, Esq. (NV Bar No. 12476)
1700 S. Pavilion Center Drive, Suite 530
Las Vegas, Nevada 89135
Telephone: (702) 878-7878
*Attorneys for Plaintiff*
*Steven Alva*

## ORDER

**BASED ON THE STIPULATION OF THE PARTIES** and good cause appearing; therefore

**IT IS SO ORDERED** that Defendant EMPLOYERS MUTUAL CASUALTY COMPANY is hereby dismissed with prejudice, each party to bear their own fees and costs.

**IT IS FURTHER ORDERED** that all pending motions (ECF No. 8) are denied as moot.

**DATED:** October 30, 2025.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE